IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| Tyler Kyle Pitchford, an individual, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> Aelitis SAS, a French company; Azureus, § <br> Inc., a California corporation; Azureus § <br> Software, Inc., a Delaware corporation; § <br> Vuze, Inc., a Delaware corporation; Vuze, § <br> LLC., a Delaware limited liability company; § <br> and Vuze Merger Corporation, a Delaware § <br> corporation, § <br> § <br> Defendants. § | Case No. 8:12-cv-01897-MSS-TGW |

**DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF
DEFENDANTS AZUREUS SOFTWARE, INC. AND VUZE, LLC'S MOTION FOR
SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**

I, Michael H. Page, declare as follows:

1. I am an attorney with the law firm of Durie Tangri LLP, counsel to Defendants Vuze, LLC ("Vuze") and Azureus Software, Inc. ("Azureus Software"). The factual assertions made herein are made of my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2. On or about September 27, 2012, I spoke with Plaintiff's counsel, Adam Levine, concerning his claims. I advised Mr. Levine that, contrary to the averments in his Complaint, his client Mr. Pitchford had in 2004 executed a written assignment of the copyright at issue in this case to my clients. Mr. Levine stated that he was not aware of that document, and at his request I

1

forwarded it to him. I also expressed to Mr. Levine my view that his Complaint failed to state a claim for trademark infringement, and urged him to consult with a trademark practitioner.

3. On either October 1 or October 2, 2012, I again spoke with Mr. Levine, and urged him to dismiss his Complaint in light of the written assignment. Mr. Levine said that he would discuss the matter with his client, and on October 2, 2012 he confirmed by email that he would do so.

4. On October 15, 2012, having received no response, I again emailed Mr. Levine, asking if he had discussed the issue with his client. As of October 18, I had received no response.

5. Attached hereto as Exhibit A is a true and correct copy of the executed Aelitis Contributor Agreement dated April 12, 2004.

6. Attached hereto as Exhibit B is a true and correct copy of the Trademark Electronic Search System (TESS) search results for the "Azureus" mark, Record 1 out of 3, which can be located at http://tess2.uspto.gov/bin/showfield?f=doc&state=4008:l85san.2.1.

7. Attached hereto as Exhibit C is a true and correct copy of Trademark Electronic Search System (TESS) search results for the "Azureus" mark, Record 2 out of 3, which can be located at http://tess2.uspto.gov/bin/showfield?f=doc&state=4008:l85san.2.2.

8. Attached hereto as Exhibit D is a true and correct copy of Trademark Electronic Search System (TESS) search results for the "Azureus" mark, Record 3 out of 3, which can be located at http://tess2.uspto.gov/bin/showfield?f=doc&state=4008:l85san.2.3.

9. On October 18, 2012, I served a draft of this Declaration, with accompanying exhibits, and a draft Motion for Rule 11 Sanctions on Mr. Levine. Since that date, I have heard nothing from Mr. Levine , and he has not withdrawn the Complaint.

3

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate to the best of my knowledge.  Executed on November 14, 2012 at San Francisco, California.

_____
MICHAEL H. PAGE

**CERTIFICATE OF SERVICE**

      I, Michael H. Page, hereby certify that on November 14, 2012 the within document was filed with the Clerk of Court using the CM/ECF system which sent a notice of electronic filing to all counsel of record who have consented to electronic notification.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                              */s/ Michael H. Page*
                                                Michael H. Page