UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TYLER KYLE PITCHFORD,** an individual person,
       **Plaintiff,**

v.   Case No.:8:12-cv-01897-MSS-TGW

**AELITIS, SAS,** a French company,
**AZUREUS, INC.,** a California corporation,
**AZUREUS SOFTWARE, INC.,** a Delaware corporation, **VUZE, INC.,** a Delaware corporation, **VUZE, LLC.,** a Delaware limited liability company, **VUZE MERGER CORPORATION,** a Delaware corporation,
       **Defendants.**
_____/

## UNOPPOSED MOTION TO PERMIT TELEPHONIC CONFERENCE TO PREPARE CASE MANAGEMENT REPORT WITHOUT AN IN-PERSON MEETING IN THE MIDDLE DISTRICT OF FLORIDA

Pursuant to Local Rule 3.05(c)(2)(B), Plaintiff's and Defendants' lead counsels respectfully request that this Court permit lead counsel to confer and meet telephonically to prepare a case management report on or before January 15, 2013 because Defendants' counsel recently underwent a surgical procedure that prohibits his traveling to the Middle District of Florida.

**Respectfully submitted this 17th day of December 2012**

/s/ Michael H. Page               /s/ Adam S. Levine
Michael H. Page (admitted *Pro Hac Vice*)   Adam S. Levine, M.D., J.D.

## Local Rule Certification

Undersigned counsel conferred with each other pursuant to Local Rule 3.01(g) and this Motion is not opposed.

/s/ Michael H. Page                            /s/ Adam S. Levine
Michael H. Page (admitted *Pro Hac Vice*)      Adam S. Levine, M.D., J.D.

## CERTIFICATE OF SERVICE

Michael H. Page and Adam Levine hereby certify that on the date listed below, this document was filed with the Clerk of Court using the CM/ECF system which sent a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed a copy of the foregoing document and notice of electronic filing by first class mail to all non-CM/ECF participants.

**Respectfully submitted this 17th day of December 2012**

/s/ Michael H. Page                            /s/ Adam S. Levine
Michael H. Page (admitted *Pro Hac Vice*)      Adam S. Levine, M.D., J.D.
California Bar No.                             Florida Bar No. 78288
Durie Tangri LLP                               Florida Legal Advocacy Group of Tampa Bay
217 Leidesdorff Street                         1180 Gulf Boulevard, Suite 303
San Francisco, California 94111                Clearwater, FL 33767
(415) 362 – 6666 [Telephone]                   (727) 512 – 1969 [Telephone]
(415) 236 – 6300 [Facsimile]                   (866) 242 – 4946 [Facsimile]
mpage@durietangri.com                          aslevine@msn.com [E-mail]
Attorneys for Defendants                       Trial Counsel & Counsel for the Plaintiff
Azureus Software, Inc., and Vuze, LLC.