**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TYLER KYLE PITCHFORD, an individual person,**

        Plaintiff,

      v.                                  Case No.:8:12-cv-01897-MSS-TGW

**Aelitis SAS, a French company,**
**Azureus, Inc., a California corporation,**
**Azureus Software, Inc., a Delaware corporation,**
**Vuze, Inc., a Delaware corporation,**
**Vuze, LLC., a Delaware limited liability company,**
**Vuze Merger Corporation, a Delaware corporation**

        **Defendants,**

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, the Parties stipulate to the dismissal of this action with prejudice with each side to bear its own fees and costs.

**Respectfully submitted this 25th day of June 2013**

| /s/ Michael H. Page | /s/ Adam S. Levine |
|---|---|
| **Michael H. Page** | **Adam S. Levine, M.D., J.D.** |
| Admitted *Pro Hac Vice* | Florida Bar No.: 78288 |
| Durie Tangri LLP | The Florida Legal Advocacy Group of Tampa Bay |
| 217 Leidesdorff Street | 1180 Gulf Boulevard, Suite 303 |
| San Francisco, CA 94111 | Clearwater, Florida 33767 |
| (415) 362-6666 [Telephone] | (727) 512 – 1969 [Telephone] |
| (415) 236 – 6300 [Facsimile] | (866) 242 – 4946 [Facsimile] |
| mpage@durietangri.com | aslevine@msn.com [E-mail] |
| Trial Counsel & Counsel for Vuze, LLC, and Azureus Software, Inc | Trial Counsel & Counsel for Plaintiff |

1

## CERTIFICATE OF SERVICE

I, Adam S. Levine, M.D., J.D., hereby certify that on June 25, 2013 this document and any exhibits were filed with the Clerk of Court using the CM/ECF system which sent a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed a copy of the foregoing document and notice of electronic filing by first class mail to all non-CM/ECF participants.

**Respectfully submitted this 25th day of June 2013**

/s/ Adam S. Levine
**Adam S. Levine, M.D., J.D.**
Florida Bar No.: 78288
The Florida Legal Advocacy Group of Tampa Bay
1180 Gulf Boulevard, Suite 303
Clearwater, Florida 33767
(727) 512 – 1969 [Telephone]
(866) 242 – 4946 [Facsimile]
aslevine@msn.com [E-mail]
Trial Counsel & Counsel for Plaintiff